Prob 12C (10/99)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shawn Paul Tackitt             Case Number: CR-06-266-D

Name of Judicial Officer: The Honorable Timothy D. DeGiusti

Date of Original Sentence: August 6, 2007
Date of Sentence Reduction: September 14, 2011
Date of Revocation Sentence: June 7, 2018

Original Offense: Count One: Knowingly and Intentionally Conspired with Others to Possess and Transfer a Sawed-Off Shotgun, 18 U.S.C. § 371; Count Two: Possession of Methamphetamine, 21 U.S.C. § 841(a)(1); Count Three: Knowingly Carried a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § (c)(1)(A); Count Four: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: 97 months custody, 5 years supervised release
Sentence Reduction: Time served
Revocation Sentence: 30 days custody, 18 months supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: June 9, 2018

Previous Court Action: None

Asst. U.S. Attorney: Edward Kumiega        Defense Attorney: To Be Determined

## PETITIONING THE COURT

[x] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

1

Prob 12C (10/99)  Shawn Paul Tackitt
5:06-CR-266-M

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition:** You must not commit another federal, state or local crime.<br><br>On September 15, 2019, Mr. Tackitt violated this condition of supervised release when he was driving a vehicle while intoxicated, as evidenced by his arrest for Operating a Vehicle Intoxicated, Driving Under Suspension or in Violation of License Restriction, and Stop Light or Stop Sign Violation. This behavior was documented by the Ohio Highway Patrol. Mr. Tackitt was booked into the Washington County Jail in Marietta, Ohio, where he remains on $3000.00 bond. |
| 2 | **Violation of Special Condition:** You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>On September 15, 2019, Mr. Tackitt was arrested in Ohio. Mr. Tackitt did not request or have permission to be outside of the state of Oklahoma. |
| 3 | **Violation of Special Condition:** The defendant shall participate in a program of substance abuse aftercare at the direction of the probation officer to include urine, breath, or sweat patch testing; and outpatient treatment. The defendant shall totally abstain from the use of alcohol and other intoxicants both during and after completion of any treatment program. The defendant shall not frequent bars, clubs, or other establishments where alcohol is the main business. The court may order that the defendant contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer based on the defendant's ability to pay.<br><br>Mr. Tackitt violated this condition on September 15, 2019, when he was found to be operating a vehicle under the influence of alcohol. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be revoked.
[ ] Extended for years, for a total term of years.
[ ] The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Prob 12C (10/99)

Shawn Paul Tackitt
5:06-CR-266-M

Executed on September 16, 2019

*Kelly C. Edwards*
Kelly C. Edwards
Senior U.S. Probation Officer

Reviewed by,

*Lorraine M. Liggins* for

Jay Mauldin
Supervisory U.S. Probation Officer
Date: September 16, 2019

---

THE COURT ORDERS
[ ] No action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

9-16-19
Date

*David L. Russell*
Signature of Judicial Officer

3